**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ANDREW ALEXANDER, et al.**                                                   **PLAINTIFFS**

**V.**                                                    **NO. 4:20-CV-21-DMB-JMV**

**PELICIA E. HALL, et al.**                                                    **DEFENDANTS**

**ORDER**

On July 16, 2020, the plaintiffs filed a response to the defendants' motion to dismiss. Doc. #48. The next day, the Clerk of Court issued a notice instructing the plaintiffs "to refile [their] response and exhibits as required by L.U.Civ.R. 7(b)(2) which states that all supporting exhibits must be denominated by both an exhibit letter or number and a meaningful description." The plaintiffs refiled the response and supporting memorandum on July 20, 2020. Docs. #50, #51. However, the plaintiffs' refiled response and accompanying memorandum also violate the Local Rules.

In violation of Local Rule 7(b)(2), the plaintiffs attached to the memorandum (rather than to the motion) their twenty exhibits in support of the motion. Further, despite the Clerk's instructions, the plaintiffs failed to include "both an exhibit letter or number *and a meaningful description*" of each exhibit. L.U. Civ. R. 7(b)(2) (emphasis added). Due to the plaintiffs' failure to comply with the Local Rules, the plaintiffs' response [50] and memorandum [51] are **STRICKEN**. Within seven (7) days from the entry of this order, the plaintiffs may refile their response and memorandum in accordance with the Local Rules.[1] If refiled, no new grounds to

---

[1] "Attorneys practicing before the district courts of Mississippi are charged with the responsibility of knowing the Local Rules … and may be sanctioned for failing to comply with them." L.U. Civ. R. Preamble. The Court encourages the plaintiffs' counsel to review all applicable rules to ensure the plaintiffs' response and memorandum are in compliance. The Court notes that, to date, the Clerk of Court has issued seven notices of correction to the plaintiffs for various reasons concerning their filings in this case.

oppose the motion to dismiss may be raised, and no new or different exhibits may be filed with the response.

    **SO ORDERED**, this 14th day of December, 2020.

                                                      <u>/s/Debra M. Brown</u>
                                                     **UNITED STATES DISTRICT JUDGE**