**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ANDREW ALEXANDER, et al.**                                            **PLAINTIFFS**

**V.**                             **NO.: 4:20-cv-21-DMB-JMV**

**PELICIA E. HALL, et al.**                                          **DEFENDANTS**

## ORDER LIFTING STAY

This matter is before the court consistent with an order [86] entered on September 2, 2021, staying this case pending a ruling on a motion to dismiss [77]. The District Judge has now ruled by an order entered on November 2, 2021 [87]. Accordingly, the stay should be lifted, and this action may proceed.

**IT IS THEREFORE ORDERED** that the stay on the above-styled matter is hereby **LIFTED** and a case management conference will be set by further notice of the court.

**SO ORDERED**, this the 3rd day of November, 2021.

                                                  /s/ Jane M. Virden
                                                  **UNITED STATES MAGISTRATE JUDGE**