IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ANDREW ALEXANDER, ET AL.**     **PLAINTIFFS**

**V.**     **CIVIL ACTION NO.: 4:20-cv-21-SA-JMV**

**PELICIA E. HALL, ET AL.**     **DEFENDANTS**

### ORDER

This Court finds that the documents appearing on the docket at [101], [102], [108], and [109] are not properly before the Court as they were not filed in accordance with the local and federal rules. No further written order will issue from this Court.

**SO ORDERED AND ADJUDGED**, this the 4th day of January, 2022.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE