**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ANDREW ALEXANDER, et al.,
on behalf of themselves and all
others similarly situated**     **PLAINTIFFS**

**VS.**     **Civil Action No. 4:20-cv-21-DMB-JMV**

**PELICIA E. HALL, et al.**     **DEFENDANTS**

### CLASS CERTIFICATION SUPPLEMENTAL SCHEDULING ORDER

This matter is before the court for changes to the Case Management Order [100] as follows below.

   **IV. DISCOVERY PLAN AND DEADLINES**

2. Expert witnesses for class certification, if any, shall be disclosed, in compliance with Federal Rule of Civil Procedure 26, by May 24, 2023, for Plaintiffs' side, and by July 24, 2023, for Defendants' side.

3. Discovery must be completed by August 24, 2023.

4. *Daubert* motions challenging the parties' class certification experts must be filed by September 25, 2023.

5. Plaintiffs' side motion for class certification and memorandum shall be filed by October 25, 2023, and shall not exceed 30 pages; the response by Defendants' side is due 14 days thereafter and will not exceed 40 pages; and any reply by Plaintiffs' side will be due 7 days after Defendants' response and will not exceed 10 pages. If a deposition is scheduled for purposes of the class certification issue, said deposition must be conducted on all merits issues as well. No deposition may be taken for purposes of merits discovery alone.

   **IT IS SO ORDERED.**

DATED: March 24, 2023

                                                            /s/ Jane M. Virden
                                                            United States Magistrate Judge