## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

ANDREW ALEXANDER, et al.,
on behalf of themselves and all
others similarly situated

                Plaintiffs,

vs.                                    Civil Action No. 4:20-cv-00021

PELICIA E. HALL, et al.,

                Defendants.
_____/

### NOTICE OF DEPOSITION DUCES TECUM

**TO: ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Plaintiffs Andrew Alexander, Steven Barnes, Maurice Bishop, Benny Ray Blansett, Jason Bonds, Antonio Boyd, Rayshon Darden, John Barnes, Jarred Baysinger, McKinley Brady, Darkeyus Brown, Hubert Anderson, Christopher Burns, and Cedric Calhoun will take the oral depositions, deces tecum, pursuant to Fed. R. Civ. P. 30, before a notary public or some other officer authorized by law to administer oaths of the individuals at the times and locations indicated as follows:

| Marshal Turner | Thursday, May 11 2023 9:30 a.m. | Brunini Law Offices |

| Tim Morris | Friday, May 12, 2023 9:30 a.m. | Brunini Law Offices |
|---|---|---|
| Jeworski Mallett | Friday, May 12, 2023 1:30 p.m. | Brunini Law Offices |
| Verlena Flagg | Tuesday, May 16, 2023 9:00 a.m. | Parchman Courtroom |
| Earnest King | Tuesday, May 16, 2023 12:00 p.m. | Parchman Courtroom |
| Brenda Cox | Tuesday, May 16, 2023 3:00 p.m. | Parchman Courtroom |
| Marylen Sturdivant | Wednesday, May 17, 2023 9:00 a.m. | Parchman Courtroom |
| Caren Webb | Wednesday, May 17, 2023 12:00 p.m. | Parchman Courtroom |
| Peggy Lathan | Wednesday, May 17, 2023 3:00 p.m. | Parchman Courtroom |
| Stanley Flagg | Thursday, May 18, 2023 9:00 a.m. | Parchman Courtroom |

| Laquita Meeks | Thursday, May 18, 2023 12:00 p.m. | Parchman Courtroom |
|---|---|---|
| Audrey Fields | Friday, May 19, 2023 9:00 a.m. | Parchman Courtroom |
| Leather Williams | Friday, May 19, 2023 12:00 p.m. | Parchman Courtroom |
| Claude Lee | TBD[1] | TBD |
| Terry Haywood | TBD | TBD |
| Wendell Banks | TBD | TBD |
| Olivia Westmoreland | TBD | TBD |
| Lee Simon | TBD | TBD |
| Jewel Morris | TBD | TBD |
| Tommy Taylor | TBD | TBD |
| Pelicia Hall | TBD | TBD |

The depositions continue at said places from day to day until completed. The deponents shall bring all documents and tangible things in their possession, custody, or control meeting the definitions in the attached **Exhibit A.**

---

[1] All deponents whose deposition date, time and location are listed as 'TBD' have not been secured by Defendant nor has Defendant provided permission for Plaintiff to independently secure their depositions where the Defendants have claimed the deponents are represented by Defendant's counsel.

You are hereby notified to appear and to take part in said deposition as you deem proper.

DATED: May 15, 2023

Respectfully submitted,

OLIVER LAW GROUP P.C.

*/s/Alyson Oliver*
OLIVER LAW GROUP PC
Attorneys for Plaintiffs
50 W. Big Beaver Rd. Ste. 200
Troy, MI 48084
T: (248) 327-6556
E: notifications@oliverlawgroup.com
*Pro hac vice admission*

/s/Arthur Calderón
Arthur Calderón
CALDERÓN LAW
Attorneys for Plaintiffs
103 S Court St #101
Cleveland, MS 38732
T: (662) 594-2439
E: arthur@msdeltalaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.

        OLIVER LAW GROUP, P.C.

        By: /s/Alyson Oliver
        OLIVER LAW GROUP PC
        Attorneys for Plaintiffs
        50 W. Big Beaver Rd. Ste. 200
        Troy, MI 48084
        T: (248) 327-6556
        E: notifications@oliverlawgroup.com
        *Pro hac vice admission*

## EXHIBIT A

For time periods February 7, 2017 through current:

1. <u>Complaints, Reports and Investigations</u>: CID reports and investigations; Reports or memorandums regarding gang activities at Parchman Unit 29, Parchman generally; Investigations, and/or reprimands into staff related to contraband or gang activities; Reports or complaints of "extortion"; reports or requests for protective custody and all associated investigations; Reports, complaints, investigations, and/or reprimands related to excessive or unreasonable applications of force against incarcerated persons; Reports, complaints, investigations, and/or reprimands related to staff negligence or incompetence; Inspections, reports, or investigations related to the kitchen and food services at Parchman Unit 29; ARPs filed (all steps and responses); Reports of violence, fights, stabbings, fires, etc.; Letters, complaints, or "grievances" sent to Defendants by any person incarcerated at Unit 29 or their representative and/or agent; All complaints from staff at Unit 29; Reports regarding fires or smoke in the Unit 29 buildings; Reports of use of force causing death or serious bodily injury and/or discharge of firearms; Reports regarding forensic inspections of cell-phones taken from prisoners; Rosters showing the number and name of prisoners incarcerated at Parchman Unit 29.

2. <u>Personal Financial Information</u>: Time sheets/work assignments; Bank statements and tax returns; Records for Cashapp, Venmo, Greendot apps.

3. <u>Policies and Procedures</u>: Policies or procedures related to staff safety for Parchman generally and/or Unit 29 specifically; Policies and procedures related to screening staff for potential gang affiliations; Policies related to searches of prisoners, staff, visitors, cells, and common areas; Policies related to dealing with riots or disturbances.

4. <u>Maintenance Records/Invoices</u>: Invoices, time sheets, billing notes, or other documents related to maintenance work at Unit 29; Invoices, time sheets, billing notes, or other documents related to pest control work at Unit 29; Invoices and/or other documents demonstrating the amount of food used by the kitchen.