**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ANDREW ALEXANDER, et al.,
on behalf of themselves and all
others similarly situated**                                      **PLAINTIFFS**

v.                                          Civil Action No. 4:20-cv-21-DMB-JMV

**PELICIA E. HALL, et al.**                                             **DEFENDANTS**

This matter is before the court on Plaintiffs' Motion for Extension of Time of Scheduling Order [155] filed on May 23, 2023. Within their motion, Plaintiffs seek a 90-day extension to all deadlines from the court's Supplemental Case Management Order [150] entered on March 24, 2023. The existing deadlines are as follows:

Plaintiffs' Expert Designation deadline is May 24, 2023. Defendants' Expert Designation deadline is July 24, 2023. Discovery must be completed by August 24, 2023. Daubert motions must be filed by September 25, 2023. Plaintiffs' motion for class certification and corresponding memorandum are due October 25, 2023. Defendants' response is due 14 days thereafter Plaintiff's motion, and Plaintiffs' reply is due 7 days after Defendants' response.

Having consulted with the parties as well as the District Judge's chambers, the undersigned finds the motion to be well taken and is therefore GRANTED. Accordingly, the Supplemental CMO is amended as follows:

Plaintiffs' Expert Designation deadline is August 24, 2023. Defendants' Expert Designation deadline is October 24, 2023. Discovery must be completed by November 24, 2023. Daubert motions must be filed by December 26, 2023. Plaintiffs' motion for class certification and corresponding memorandum are due January 25, 2024. Defendants' response is due 14 days

thereafter Plaintiff's motion, and Plaintiffs' reply is due 7 days after Defendants' response. **No further extension of these deadlines shall issue.**

    **SO ORDERED**, this the 6th of June, 2023.

                                                /s/ Jane M. Virden
                                                **United States Magistrate Judge**