**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ANDREW ALEXANDER, et al.**                                                        **PLAINTIFFS**

**VS.**                                       **CIVIL ACTION NO. 4:20-CV-21-SA-JMV**

**PELICIA E. HALL, et al.**                                                    **DEFENDANTS**

**DEFENDANTS' RULE 702 AND *DAUBERT* MOTION TO EXCLUDE
THE EXPERT TESTIMONY AND REPORT OF JONATHAN S. SHEFFTZ**

Defendants Pelicia Hall, Tommy Taylor, Jeworski Mallett, Brenda Cox, Timothy Morris, Lee Simon, Marylen Sturdivant, Wendell Banks, Verlena Flagg, Jewel Morris, Leather Williams, Earnest King, Laquitta Meeks, Stanley Flagg, Claude Lee, Peggy Lathan, Olivia Westmoreland, Caren Webb, Terry Haywood, Audrey Fields, and Marshal Turner ("Defendants") submit this motion to exclude the testimony, report, and supplemental report of Plaintiffs' damages expert Jonathan S. Shefftz.

In support, Defendants rely upon their accompanying memorandum in support, and the following exhibits:

**Exhibit 1** – Shefftz Report

**Exhibit 2** – Shefftz Supplemental Report

**Exhibit 3** – Cross Report

**Exhibit 4** – Shefftz's "Award" Cases

**Exhibit 5 –** *Measuring Violations of Human Rights: An Empirical Analysis of Awards in Respect of Non-Pecuniary Damage under the European Convention on Human Rights*

For the reasons stated in Defendants' memorandum, Defendants respectfully request that the Court exclude from evidence the testimony, report, and supplemental report of Plaintiffs' damages expert Jonathan S. Shefftz. Defendants request such other and further relief as the Court

deems just and proper.

Dated: December 26, 2023.

                Respectfully submitted,

**MARSHAL TURNER, PELICIA HALL, TOMMY TAYLOR, JEWORSKI MALLETT, BRENDA COX, TIMOTHY MORRIS, LEE SIMON, MARYLEN STURDIVANT, WENDELL BANKS, VERLENA FLAGG, JEWEL MORRIS, LEATHER WILLIAMS, EARNEST KING, LAQUITTA MEEKS, STANLEY FLAGG, CLAUDE LEE, PEGGY LATHAN, OLIVIA WESTMORELAND, CAREN WEBB, TERRY HAYWOOD, AUDREY FIELDS, all in their individual capacities**

By:   */s/ Cody C. Bailey*
       One of Defendants' Attorneys

OF COUNSEL:

LYNN FITCH
Attorney General of Mississippi

J. Chadwick Williams (MSB #102158)
chad.williams@ago.ms.gov
Special Assistant Attorney General
P.O. Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-3523

BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
William Trey Jones, III (MSB #99185)
tjones@brunini.com
Karen E. Howell (MSB #102243)
khowell@brunini.com
Cody C. Bailey (MSB #103718)
cbailey@brunini.com
L. Kyle Williams (MSB #105182)
kyle.williams@brunini.com
Jacob A. Bradley (MSB #105541)
jbradley@brunini.com
J. Breland Parker (MSB #106324)
bparker@brunini.com

The Pinnacle Building, Suite 100
190 East Capitol Street (39201)
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone: (601) 948-3101
Facsimile: (601) 960-6902

## CERTIFICATE OF SERVICE

    I hereby certify that on December 26, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                       */s/ Cody C. Bailey*
                                       Cody C. Bailey