# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

ANDREW ALEXANDER, et al.,
on behalf of themselves and all
others similarly situated

                Plaintiffs,

vs.                              Civil Action No. 4:20-cv-00021-SA/JMV

PELICIA E. HALL, et al.,

                Defendants.

_____/

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF LENARD VARE (ECF No. 166)**

NOW COME Plaintiffs, Andrew Alexander, *et al.*, by and through their counsel, Oliver Law Group, P.C. and Calderon and Williams, and file this Response in Opposition to Defendants' Motion to Exclude the Expert Testimony of Lenard Vare (ECF No. 166).

In support, Plaintiffs rely on their accompanying memorandum in support and the following exhibits:

**Exhibit 1 –** *United Servs. Auto Ass'n v. Wells Fargo Bank, N.A.*, No. 2:18-cv-00366 (E.D. Tex. Dec. 18, 2019)

For the reasons stated in the accompanying memorandum, Plaintiffs respectfully request that this Court deny Defendants' Motion (ECF No. 166).

                                                    Respectfully submitted,

                                                    <u>/s/ Paul Matouka</u>
                                                    Paul Matouka *(MI State Bar# P84874)
                                                    Oliver Law Group, P.C.
                                                    *Attorneys for Plaintiff*
                                                    50 W. Big Beaver Rd.
                                                    Suite 200

Troy, MI 48084
T: (248) 327-6556
F: (248) 436-3385
E: notifications@oliverlawgroup.com
*Admitted Pro Hac Vice

/s/ Arthur Calderon
Arthur Calderon (MSB# 103917)
Calderon & Williams
*Attorneys for Plaintiff*
7716 Old Canton Rd.
Suite C
Madison, MS 39110
T: (662) 594-2439
E: arthur@msdeltalaw.com

**CERTIFICATE OF SERVICE**

  I, Paul Matouka, hereby certify that on January 9, 2024, I filed the foregoing document using the Court's CM/ECF filing system which will cause a copy to be served on all counsel of record.

/s/ Paul Matouka
Paul Matouka *(MI State Bar# P84874)