# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# CIVIL MINUTES

**PLACE HELD – Telephonic**

| | |
|---|---|
| **ANDREW ALEXANDER, *ET AL.*** | **PLAINTIFFS** |
| **VS.** | **CIVIL ACTION NO.: 4:20-cv-21-SA-JMV** |
| **PELICIA E. HALL, *ET AL.*** | **DEFENDANTS** |

**DATE & TIME BEGAN/ENDED:**   January 10, 2024
                               1:00 p.m. – 1:05 p.m.

                               Total Time – 5 minutes

**PRESENT:**   Honorable Jane M. Virden, U.S. Magistrate Judge

| **Attorneys for Plaintiffs** | **Law Clerk** | **Attorney for defendants** |
|---|---|---|
| Alyson Oliver | Nicholas Hebebrand | Cody C. Bailey |
| Arthur H. Calderon | | |
| Paul Matouka | | |

**PROCEEDINGS:**   Telephonic Status Conference

**Docket Entry:**  Telephonic status conference held. Continued discussion of motion [168].

                                       **DAVID CREWS, CLERK**

                                    **By:**  /s/ *Itonia R. Williams*
                                              Courtroom Deputy