IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ANDREW ALEXANDER, et al.                                              PLAINTIFFS

V.                                              CIVIL ACTION NO. 4:20-CV-21-SA-JMV

PELICIA E. HALL, et al.                                              DEFENDANTS

ORDER REGARDING PRO HAC VICE ADMISSION

In a previous Order [221], this Court found it "appropriate for the claims of each Plaintiff to be litigated in a separate action." [221] at p. 1. The Plaintiffs' deadline to initiate the separate actions is currently set for January 3, 2025. *See* [223] at p. 1.

Plaintiffs' counsel has contacted the Court regarding *pro hac vice* admission. Since two of the attorneys who represent the Plaintiffs are not licensed in Mississippi, they must seek *pro hac vice* admission in each case. However, the Local Rules typically limit attorneys' *pro hac vice* admission to "five separate unrelated cases or other matters before the Northern and Southern Districts of the federal courts of this state within the last 12 months immediately preceding the appearance in question[.]" L. U. Civ. R. 83.1(d)(7)(D). Plaintiffs' counsel inquired about this limitation in light of the fact that they anticipate filing more than five cases as a result of this Court's previous Order [221].

The undersigned likely will not be assigned all of the newly-filed cases and therefore lacks authority to issue a blanket waiver of the *pro hac vice* limitation in each of those cases which have not even yet been filed. However, having presided over the original putative class action and observed the effort that Plaintiffs' counsel has expended on the case, it is the undersigned's belief that it would be in each of the individual Plaintiffs' best interest that the limitation be waived in the separate cases so that the same counsel may pursue each of the claims.

When seeking admission in each of those cases, Plaintiffs' counsel should attach a copy of this Order as an exhibit to the *pro hac vice* motion. Nothing in this Order shall be construed as a limitation on any other Judge's authority as it pertains to pro hac vice admission in the separate cases.

SO ORDERED, this the 23rd day of December, 2024.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE