IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ANDREW ALEXANDER, et al.                                                                   PLAINTIFFS

V.                                                              CIVIL ACTION NO. 4:20-CV-21-SA-JMV

PELICIA E. HALL, et al.                                                                     DEFENDANTS

ORDER CLOSING CASE

Consistent with the Court's previous Orders [221, 223], the Plaintiffs' claims are hereby DISMISSED *without prejudice*. This CASE is CLOSED.

SO ORDERED, this the 6th day of January, 2025.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE